## STATE OF NEBRASKA V. WILLIAM LUEDKE.

FILED JANUARY 3, 1906.    No. 13,711.

*State v. Tanner*, 73 Neb. 104, approved and followed.

ORIGINAL action in the nature of ejectment. *Judgment for the state.*

*Norris Brown, Attorney General,* for the state.

*Sanford Parker, M. F. Harrington* and *W. T. Wills, contra.*

PER CURIAM.

This cause in all its essential features is the same as the case of *State v. Tanner*, 73 Neb. 104. The same questions of fact and of law are presented in both cases. The decision in the one controls in the other. On the authority therefore of the decision in the case cited, the demurrer in the case at bar is sustained, and it is ordered that judgment be rendered therein in favor of the state as in its petition prayed.

JUDGMENT ACCORDINGLY.